UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

_____ DIVISION at **LEXINGTON** _____

**CHRIS NOVAK**
_____
Petitioner/Prisoner's Full Name

**19155-424**
_____
Inmate Number

**FEDERAL MEDICAL CENTER**
_____
Place of Confinement

**P.O. BOX 14500**
_____
Address

**LEXINGTON, KY  40512**
_____

**Eastern District of Kentucky
FILED**

**MAY 2 1 2009**

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

VS:

CASE NO. *5:09-189*
_____
(To be completed by Court)

**STEPHEN M. DEWALT**
_____
Respondent (Person having custody of prisoner)

**3301 LEESTOWN ROAD**
_____
Address

**LEXINGTON, KY   40511**
_____

I.  THIS PETITION CONCERNS: (check one)

_____ computation of sentence

**XXX** prison discipline decision

_____ a parole problem

_____ other: _____

_____ inadequacy of a §2255 motion

_____ jail/prison conditions

_____ immigration/removal from U.S.

II.    GENERAL INFORMATION

A.    Nature of offense(s): **Drug Conspiracy**

Name and location of Court of conviction: **U.S. DISTRICT COURT, Northern District of Illinois; 219 S. Dearborn St., Chicago, IL**

Case/Docket No. **06-CR-897-2**          Conviction Date **12-14-07**

Convicted by (choose one): ____ a jury; ____ a judge without a jury; or **XXX** guilty plea.

Length of sentence imposed: **97 Months**

Any other terms of sentence: _____

B.    Did you appeal the conviction or sentence?     YES ( )    NO (**XX**)

If yes, court and address: _____

_____

Grounds: _____

_____

Result: _____

_____ Date: _____

C.    Have you challenged the conviction or sentence in any other proceeding? YES (**XX**) NO ( )

If "yes," court and address: **U.S. DISTRICT COURT, Northern District of Illinois; 219 S. Dearborn St., Chicago, IL    60604**

Nature of the challenge (motion, habeas, other) **28 USC 2255**

Grounds: **Ineffective Assistance of Counsel**

_____

Result: **Denied**

_____ Date: **9-22-2008**

D.   Have you challenged the sentence in any additional proceeding?   YES ( )   NO (**XX**)

If "yes," court and address:_____

_____

Nature of the challenge (motion, habeas, other)_____

Grounds: _____

_____

Result: _____

_____ Date: _____

III.   **INFORMATION ON CURRENT CLAIM(S)** (Choose only one: Answer questions in either A *or* B below)

A.   If you are a federal prisoner challenging your conviction or sentence and claim that your remedy by a §2255 motion is inadequate or ineffective for such a challenge, answer the following:

1. Have you filed a motion under 28 U.S.C. §2255?          Yes ( )   No ( )

2. If you answered, "Yes," please provide the case number, where the motion was filed, and the result: _____

_____

_____

3. Explain why the remedy under §2255 is inadequate or ineffective:

_____

_____

_____

_____

Revised 2/5/07

B.      If you are NOT claiming that your remedy by §2255 motion is inadequate or ineffective, then you must answer the following:

1.      <u>Briefly</u> describe the decision or action which you are challenging herein:

**I am challenging the decision of the Disciplinary Hearing**

**Officer for a conviction under CODE 112**

2.      Who made the decision? **DHO Mr. Timothy Smart**     Date: **9-25-08**

3.      Was there a hearing of any kind?   YES (**XX**)      NO ( _ )

If your answer is "Yes," then describe each hearing as follows:

First hearing conducted by: **DHO Mr. Timothy Smart**

Location: **FEDERAL MEDICAL CENTER**     Date: **9-25-2008**

Result: **Found Guilty**

If there was another hearing, it was conducted by: _____

Location: _____     Date: _____

Result: _____

## IV.     CURRENT GROUNDS FOR RELIEF

State <u>concisely</u> every ground on which you claim that you are being held in violation of the Constitution, laws or treaties of the United States. Then summarize <u>briefly</u> the <u>facts</u> supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same. It is not necessary to cite cases or law in this petition. If you wish to cite cases or law you should do so in a separate memorandum or brief.

Caution: If you fail to set forth all the grounds in this application, you may be barred from presenting additional grounds at a later date.

A.    Ground one:

1. State the basis of your claim: **Not Guilty · of the CODE 112 violation**

2. Supporting FACTS (tell your story briefly without citing cases or law):

**I was receiving my prescribed medication from the pill line and I kept one pill of percocett instead of taking it right away. A few months later I found the pill and took it because I have chronic pain; that same day I was given a random U.A. Drug Analysis and I tested positive for the pill.**

B.    Ground two:

1. State the basis of your claim: _____

2. Supporting FACTS (tell your story briefly without citing cases or law):

If you have more than 2 grounds for relief, you may attach extra sheets. For each ground which you claim, be sure to provide the same information as in the questions 1 and 2 above.

V.    ADMINISTRATIVE REMEDY PROCEDURES.

If you are a federal prisoner challenging your conviction or sentence, you do not need to exhaust administrative remedies and you may skip to Section VI. For all other petitioners, in order to proceed in federal court, you must first exhaust your administrative remedies on each ground or claim you are bringing in this case. To show if you exhausted, circle A, B, or C, and if you circle B or C, also answer the questions below B or C.

(A.) Attach copies of the administrative grievances or appeals which you filed and the decision(s) received about each of the claims you are bringing in this case.

OR

B. If you do not have copies, but did exhaust the administrative procedures, then answer No. 1 or No. 2 below:

1. If your claim concerns a PAROLE matter, did you appeal the decision?
YES ( )    NO ( )

If your answer is "Yes," answer the following:

Grounds raised: _____

_____

Results: _____

_____ Date: _____

2. If your claim concerns something OTHER than parole and you exhausted the administrative remedy process, answer either (a) or (b) below.

_____(a) If you are a federal prisoner and you exhausted the BOP's administrative remedies, check which steps in the administrative remedy procedures which you completed:
_____ an informal request;
_____ appeal to the warden;
_____ appeal to the appropriate Regional Director;
_____ appeal to the BOP's Office of General Counsel.

_____(b) If you are a prisoner in the custody of the state or local authorities and you exhausted your administrative remedies, answer the following:

** Describe the grievance or appeal process:

_____

_____

_____

_____

and ** Explain in detail what you did to complete that process (include dates on which each step was taken; the name and job title for each person who responded; and the response you received at each step):

_____

_____

_____

_____

_____

_____

_____

**OR**

C. If you did not exhaust the available administrative remedy process, explain why:

_____

_____

_____

_____

VI.    PREVIOUS LITIGATION

Have you filed any previous lawsuits related to your present claim(s)?    YES ( )    NO (XX)

If your answer is Yes," then answer the following:

Name and location of Court:_____

_____

Case Number: _____    Filing Date: _____

Nature of suit:_____

_____

Grounds for Relief:_____

_____

Result:_____

_____Date: _____

VII.    REQUEST FOR RELIEF AND VERIFICATION

Wherefore, Petitioner prays that the Court grant him the following relief:

**Reverse Conviction for CODE 112 violation, and restore 41 days of**

**Good Conduct Time and reverse all other sanctions issued by DHO**

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

_____                    _05-19-09_____
Signature of Petitioner                              Date Signed